**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| TO: | James J. Waldron, Clerk | CASE NO. | 12-26526 GMB |
|---|---|---|---|
| | Trenton | IN RE: | LARE, THOMAS J. |
| | | CHAPTER 7 | |

### INFORMATION FOR NOTICE OF ABANDONMENT

    Thomas J. Subranni, Trustee, has filed a notice of intention to abandon certain property described below as being of inconsequential value to the estate. If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such application shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court.

    Such objection and request shall be filed with the Clerk and served upon the Trustee no later than (main date fixed by the Clerk).

    In the event an objection is timely filed a hearing thereon will be held on (date and location to be fixed by the Court).

    If no objection is filed with the Clerk and served upon the Trustee on or before (above date), the abandonment will take effect on (date fixed by Clerk).

    The description of the property and the liens and exemptions claimed are as follows:

| Description of Property to be Abandoned | Liens on Property of Debtor (Including Amount Claimed Due) | Amount of Equity Claimed as Exempt by Debtor |
|---|---|---|
| 15 Otter Lane<br>Egg Harbor Twp, NJ 08234<br>**FMV: $323,400.00** | Bank of America<br>**$399,000.00**<br><br>Onewest Bank<br>**$40,000.00** | **-0-** |

Requests for additional information about the property to be abandoned should be directed to:

NAME: Thomas J. Subranni, Trustee  ADDRESS:  Subranni Zauber LLC
PHONE: 609-347-7000                                 1624 Pacific Ave.
                                                                               Atlantic City, NJ 08401

SUBMITTED BY: /s/ Thomas J. Subranni  POSITION: Trustee    PHONE: (609) 347-7000
                          Thomas J. Subranni, Trustee

FOR CLERK'S OFFICE USE ONLY

TYPE OF TASK _____        FORM # _____        STATEMENT _____